UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TEOFILO VIDAL-CASTILLO, | Case No. 5:26-cv-00144-FMO-JDE |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| WARDEN OF ADELANTO DETENTION FACILITY, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Answer to the Petition (Dkt. 7); and the Report and Recommendation of the United States Magistrate Judge (Dkt. 9, "Report"). As no party filed an objection to the Report within the time permitted by the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing the action without prejudice.

Dated:  June 1, 2026 _____                    _____/s/_____
                                                        FERNANDO M. OLGUIN
                                                        United States District Judge